# DOWNTOWN

| Active Jobs | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UNION GC | 9 | 9 | 13 | 13 | 12 | 17 | 14 | 9 | 13 |
| UNION SUB | 5 | 7 | 9 | 11 | 10 | 4 | 11 | 7 | 6 |
| All UNION | 5 | 8 | 10 | 11 | 10 | 14 | 11 | 7 | 7 |
| RAT | 2 | 3 | 5 | 4 | 3 | 4 | 5 | 3 | 2 |
| UNION GC % | 75% | 75% | 73% | 76% | 80% | 81% | 70% | 75% | 83% |
| UNION SUB % | 42% | 58% | 50% | 65% | 67% | 17% | 55% | 55% | 57% |
| ALL UNION % | 42% | 67% | 56% | 65% | 67% | 17% | 55% | 55% | 57% |
| RAT % | 17% | 25% | 28% | 24% | 20% | 19% | 25% | 25% | 17% |

EXHIBIT E
tabbies®